UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KATHY L. JENNINGS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 3:13-441 |
| | ) | Judge Nixon/Bryant |
| TIGER MANAGEMENT GROUP, LLC, | ) | **Jury Demand** |
| | ) | |
| Defendant. | ) | |

## O R D E R

Counsel for the parties have filed a "Stipulation of Dismissal with Prejudice" of this case (Docket Entry No. 9). The initial case management conference previously scheduled for July 1, 2013, at 10:30 a.m. is CANCELED.

The Clerk is directed to return the file to the Senior District Judge for his consideration of the stipulation of dismissal.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge